# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-017 (JRT/AJB) |
| Plaintiff, | Civil No. 10-0091 (JRT) |
| v. | |
| LARRY DARNELL ARMSTRONG, | **ORDER** |
| Defendant. | |

_____

Tricia Tingle, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Larry Darnell Armstrong, #13266-041, Post Office Box 33, Terre Haute, IN 647808, *pro se* defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 [Docket No. 82]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by February 3, 2010.

DATED: January 12, 2010
at Minneapolis, Minnesota.               ____s/ John R. Tunheim_____
                                         JOHN R. TUNHEIM
                                         United States District Judge